NUMBER
13-05-471-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

ALFRED GLENN DAVIS,                                            Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On
appeal from the 209th District Court 

                            of
Harris County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

               Before
Justices Yañez, Rodriguez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, ALFRED GLENN DAVIS,
perfected an appeal from a judgment entered by the 209th
District Court of Harris County, Texas, in cause number 919285.  Appellant has filed
a motion to dismiss the appeal.  The
motion complies with Tex. R. App. P.
42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and filed this

the 20th
day of April, 2006.